ALICE MACLEAN, as Administratrix, with the Will Annexed, of MARGARET CHURCHILL, Deceased, Appellant, *v.* ALDEN HART, Respondent.

(Argued May 26, 1933; decided June 13, 1933.)

*John T. Norton* for appellant.

*Fred Linus Carroll, John M. Carroll* and *Theodore R. Haviland* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN and O'BRIEN, JJ. Dissenting: KELLOGG and CROUCH, JJ. Not sitting: HUBBS. J.